# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | 2:18-cr-00032-JMS-CMM-3 |
|     vs. ) | |
| ) | |
| GARY W. FLOWERS, ) | |
|     Defendant ) | |

## REPORT AND RECOMMENDATION

On September 16, 2024, the Court held an initial and final hearing on the Petition for Warrant/Violation for Offender Under Supervision filed on November 30, 2022 [Dkt. 141]. Gary W. Flowers ("Defendant") appeared with FCD counsel, Dominic Martin. The Government appeared by Todd Shellenbarger, Assistant United States Attorney. U. S. Probation appeared by Officer Jennifer Considine.

Officer Considine advised the Court on the record that a third Violation was added for an arrest occurring on December 7, 2022, that resulted in additional criminal charges against Flowers that remain pending. The parties advised the Court at the outset of the hearing that a proposed agreement was reached by which the defendant would admit to Violation Number 2, Violations 1 and 3 would be dismissed by the United States. The Court notes that the defendant was convicted of the charge referenced in Violation Number 2 (reckless driving) in January 2024. The other charges remain pending.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. §3583:

1. The defendant was advised that on December 1, 2022, that this matter had been referred by the District Judge and that the District Judge has final authority whether to accept, reject, or modify the magistrate judge's recommendation.

2. After being placed under oath, Defendant advised that he consented to the proposed agreement, had sufficient opportunity to consult with counsel, and was satisfied with his representation. Defendant admitted Violation 2.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

**VIOLATION NUMBER**   **NATURE OF NONCOMPLIANCE**

2. "You shall not commit another federal, state or local crime."

   On September 23, 2022, a probable cause affidavit was filed in Terre Haute, Indiana, City Court, under cause number 84H01-2210-CM-001414, charging Mr. Flowers with Reckless Driving, misdemeanor. These charges remain pending and his next court date is scheduled for November 30, 2022.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade **C** violation.

   (b) Defendant's criminal history category is **VI**.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is **8-14** months imprisonment.

5. The Magistrate Judge, having considered the factors in 18 U.S.C. §3553(a), and as more fully set forth on the record, finds that:

   (a) The Defendant violated the supervised release condition as alleged in Violation 2;

   (b) Consistent with the parties' agreement, the Magistrate Judge recommends that the defendant be sentenced to the custody of the U.S. Bureau of Prisons for a period

of 12 months and one day, and further recommends placement at FCI Greenville IL (as requested by defendant).  Consistent with the parties' agreement, supervised release should be terminated;

   (c) That the agreement of the parties is an appropriate resolution of this matter and the agreement is commended to the favorable consideration of the District Judge with the Magistrate Judge's recommendation for sentencing.

   Defendant shall remain in custody pending the District Judge's action on this Report and Recommendation.

   The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties waived the 14-day objection period to file objections for the consideration of the District Judge.

Dated:  September 16, 2024

                    CRAIG M. McKEE, Magistrate Judge
                    United States District Court
                    Southern District of Indiana

Distribution:  All ECF-registered counsel of record via email generated by the court's ECF system