UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 2:18-cr-00032-JMS-CMM |
| GARY W. FLOWERS (03), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation dkt [153] recommending that Gary W. Flowers' supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt [153]. The Court finds that Mr. Flowers' committed Violation Number 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [141]. The Court dismisses Violation Number 1 at dkt [141] and Violation Number 3 (Probation Officer raised orally during the hearing) [153]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Flowers' is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day with no supervised release to follow. The Court recommends placement at FCI Greenville, IL. The defendant is ORDERED detained and remanded to the custody of the U.S. Marshal Service.

Date: 9/18/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system